UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
MAGDALENA PRIETO

CASE NO. 04-16178-BKC-AJC

JUL 26 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 120.23 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MAGDALENA PRIETO
30042 SW 153RD PLACE
LEISURE CITY, FL 33033-3621

MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 206
MIAMI, FL 33166

CAPITAL ONE F.S.B.
P.O. BOX 85167
RICHMOND, VA 23285

CAPITAL ONE F.S.B.
P.O. BOX 85167
RICHMOND, VA 23285

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.   04-16178-BKC-AJC
MAGDALENA PRIETO

                              CHAPTER 13


MAGDALENA PRIETO

30042 SW 153RD PLACE
LEISURE CITY, FL 33033-3621


MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

CAPITAL ONE F.S.B.              ---------$          66.43
P.O. BOX 85167                       UNDELIVERABLE/STALE
RICHMOND, VA 23285                   CLAIM REGISTER# 9


CAPITAL ONE F.S.B.              ---------$          53.80
P.O. BOX 85167                       UNDELIVERABLE/STALE
RICHMOND, VA 23285                   CLAIM REGISTER# 10


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130